| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Armando Rodriguez**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–8107**<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Hilda Rodriguez**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–2687**<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Southern District of California** | | Date case case filed for chapter  **7   2/28/17** |
| Case number:   **17–01116–LA7** | | |

Official Form 309A (For Individuals or Joint Debtors)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Armando Rodriguez | Hilda Rodriguez |
| 2. | **All other names used in the last 8 years** | | aka Hilda L. Rodriguez |
| 3. | **Address** | 866 Danenberg Dr.<br>El Centro, CA 92243 | 866 Danenberg Dr.<br>El Centro, CA 92243 |
| 4. | **Debtor's attorney**<br>Name and address | Michael Salorio<br>Law Office of Michael A. Salorio<br>303 S. 8th St.<br>El Centro, CA 92243–2903 | Contact phone 760–353–7949<br>Email legal.mas@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | James L. Kennedy<br>PO Box 28459<br>San Diego, CA 92198–0459 | Contact phone (858) 451–8859<br>Email:  jim@jlkennedy.com |

**For more information, see page 2 >**

Debtor **Armando Rodriguez** and **Hilda Rodriguez**　　　　　　　　　　　　　　　Case number **17–01116–LA7**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.casb.uscourts.gov. | Jacob Weinberger U.S. Courthouse<br>325 West F Street<br>San Diego, CA 92101–6991 | Hours open<br><br>9:00am – 4:00pm<br><br>Contact phone 619–557–5620 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 7, 2017 at 01:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**U.S. District Court, 2003 W. Adams Avenue, El Centro, CA 92243–2816** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 6/6/17** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.casb.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**　　　　　　page **2**

Debtor **Armando Rodriguez** and **Hilda Rodriguez**   Case number **17–01116–LA7**

## NOTICE OF APPOINTMENT OF INTERIM TRUSTEE

An order for relief having been entered in the above-referenced case on 2/28/17, the following person is named Interim Trustee of the estate of the debtor:

James L. Kennedy
PO Box 28459
San Diego, CA 92198-0459

## TRUSTEE REQUIREMENTS

The Trustee requires that Debtor(s) show a government (picture) ID and evidence of their social security number at the 341(a) Creditor's Meeting.

Debtors are to provide the Trustee with written documentation supporting income earnings as set forth in Schedule I of the debtor's case within 14 days of the filing of the case. If documents are not provided, the Trustee may move for dismissal of the case without further notice to the Debtor or creditors. Alternatively, the Trustee may seek an extension of time to file to move for dismissal if the Trustee is investigating assets of the estate, without further notice to the Debtor or creditors.

Debtors and debtors' attorneys must review the Standing Administration Guidelines immediately to comply with the production of supporting documentation of material represented in the Schedules and Statement of Financial Affairs. Failure to do so in a timely manner may result in continuances of Meetings and additional appearances. The Standing Administration Guidelines are available on the internet at:

http://www.casb.uscourts.gov/pdf/guidelines.pdf

## DISMISSAL OF CASE

Notice is given that this case will be dismissed if the debtor(s) fails to pay the filing fee pursuant to Rules of Bankruptcy Procedure 1006. This dismissal will occur without further notice.

Furthermore, notice is given that if the Debtor fails to file schedules and statements or other documents required by the Rules of Bankruptcy Procedure 1007 and/or 11 U.S.C. 521, or if the Debtor or Joint Debtor fails to appear at the scheduled §341(a) meeting that the Court, Trustee or U.S. Trustee may move for dismissal of the case without further notice to the Debtor or Creditors. A party in interest may object to the motion for dismissal at the §341(a) meeting, at which time a hearing on the objection will be scheduled.

## NOTICE OF FILING OF FINANCIAL MANAGEMENT COURSE CERTIFICATE

Notice is given that this case will be closed with no discharge if the debtor(s) fail to file the required Financial Management Course Certificate within 60 days after the first date set for the meeting of creditors under §341.

## BANKRUPTCY FRAUD

If you have information regarding any bankruptcy fraud or abuse, please contact the United States Trustee in writing at 402 West Broadway, Suite 600, San Diego, CA 92101 and/or by calling 619-557-5013.

page **3**

For the Court:

Barry K. Lander, Clerk
United States Bankruptcy Court
Southern District of California

Dated:  3/1/17

```
                              United States Bankruptcy Court
                              Southern District of California
In re:                                                              Case No. 17-01116-LA
Armando Rodriguez                                                   Chapter 7
Hilda Rodriguez
          Debtors              CERTIFICATE OF NOTICE
District/off: 0974-3          User: Admin.                 Page 1 of 2                  Date Rcvd: Mar 01, 2017
                              Form ID: 309A                Total Noticed: 50


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 03, 2017.
db/jdb         +Armando Rodriguez,    Hilda Rodriguez,    866 Danenberg Dr.,    El Centro, CA 92243-8500
smg           ++CALIFORNIA STATE BOARD OF EQUALIZATION,    ACCOUNT REFERENCE GROUP MIC 29,    P O BOX 942879,
                 SACRAMENTO CA 94279-0029
               (address filed with court: State Board of Equalization,     P.O. Box 942879,
                 Sacramento, CA  94279)
smg            +Div. of Labor Standards Enforcement,    7575 Metropolitan Drive, Suite 210,
                 San Diego, CA 92108-4424
14248843       +Andrew Rundquist SBN 262523,    5030 Camino de La Siesta,    San Diego, CA 92108-3116
14248844       +Anthony Huynh Medical Group,    718 S 4th St,    El Centro, CA 92243-3319
14248848       +CA Emergency Phys,    PO BOX 582663,   Modesto, CA 95358-0070
14248849       +California Business Bu,    4542 Ruffner St Ste 160,    San Diego, CA 92111-2238
14248853       +Cb Imperial,    Pob 970,   El Centro, CA 92244-0970
14248855       +Chase Bank,    P.O. Box 6026,   Chicago, IL 60680-6026
14248858       +Credence Resource Management,    Po Box 2300,    Southgate, MI 48195-4300
14248860       +Dillards Card,    Po Box 10347,   Des Moines, IA 50306-0347
14248862        Dynamic Recovery Solutions,    P.O. BOX 25759,    Greenville, SC 29616-0759
14248863       +ECRMC,   1415 Ross Ave,,    El Centro, CA 92243-4306
14248864       +Enrique J Diaz,    PO BOX 1023,   Heber, CA 92249-1123
14248865       +First Imperial Credit,    1602 W Main St,    El Centro, CA 92243-2232
14248868       +Kestutis Kuraitis MD,    PO BOX 651,   Brawley, CA 92227-0651
14248869        LabCorp,   P.O. Box 55126,    Boston, MA 02205-5126
14248870        Legal Department of GCFS,    4301 Secondwind Way Suite 110,    PO BOX 3410,
                 Paso Robles, CA 93447-3410
14248871       +Northland Group Inc.,    P.O. Box 390846,    Minneapolis, MN 55439-0846
14248872        Pathology Assoc of SOCAL-INP,    PO BOX 232,    Chatsworth, CA 91313-2311
14248873       +PayPal Credit,    P.O. Box 5138,   Lutherville Timonium, MD 21094-5138
14248874       +Pioneers Memorial Hospital,    207 West Legion Rd,    Brawley, CA 92227-7799
14248878        Sharp & Childrens MRI,    PO BOX 23326,    San Diego, CA 92193-3326

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: legal.mas@gmail.com Mar 02 2017 02:07:37       Michael Salorio,
                 Law Office of Michael A. Salorio,    303 S. 8th St.,    El Centro, CA  92243-2903
tr              EDI: FJLKENNEDY.COM Mar 02 2017 01:38:00      James L. Kennedy,    PO Box 28459,
                 San Diego, CA  92198-0459
smg             E-mail/Text: robertsl2@dnb.com Mar 02 2017 02:08:25       Dun & Bradstreet,
                 Attn: Lynne Roberts, 2nd Floor,    3501 Corporate Parkway,    PO Box 520,
                 Center Valley, PA  18034-0520
smg            +EDI: EDD.COM Mar 02 2017 01:38:00      Employment Develop. Dept., State of CA,
                 Bankruptcy Unit - MIC 92E,    P.O. Box 826880,    Sacramento, CA 94280-0001
smg             EDI: CALTAX.COM Mar 02 2017 01:38:00      Franchise Tax Board,    Attn: Bankruptcy,
                 P.O. Box 2952,    Sacramento, CA  95812-2952
ust             E-mail/Text: ustp.region15@usdoj.gov Mar 02 2017 02:08:05       United States Trustee,
                 Office of the U.S. Trustee,    402 West Broadway, Suite 600,    San Diego, CA  92101-8511
14248841       +EDI: AFNIRECOVERY.COM Mar 02 2017 01:38:00       AFNI,   1310 Martin Luther King Dr,
                 Bloomington, IL 61701-1465
14248845        EDI: ARSN.COM Mar 02 2017 01:38:00      ARS National Services,    PO BOX 469046,
                 Escondido, CA 92046-9046
14248846       +EDI: CINGMIDLAND.COM Mar 02 2017 01:38:00       AT&T,   208 S. Akard St.,    Dallas, TX 75202-4206
14248842       +EDI: RMCB.COM Mar 02 2017 01:38:00      American Medical Collection Ag,    4 Westchester Plaza,
                 Suite 110,    Elmsford, NY 10523-1615
14248881        EDI: AISTMBL.COM Mar 02 2017 01:38:00      T-mobile Bankruptcy Team,    PO BOX 53410,
                 Bellevue, WA 98015-3410
14248847        E-mail/Text: kford@curecovery.com Mar 02 2017 02:08:59       C.U. Recovery,    26263 Forest Blvd,
                 Wyoming, MN 55092-8033
14248851        EDI: CAPITALONE.COM Mar 02 2017 01:38:00       Capital One (Bankruptcy Dept),
                 15000 Capital One Dr,    Henrico, VA 23238
14248850        E-mail/Text: cms-bk@cms-collect.com Mar 02 2017 02:08:03       Capital Management Services,
                 698 1/2 S. Ogden St.,    Buffalo, NY 14206-2317
14248852       +E-mail/Text: bankruptcy@cavps.com Mar 02 2017 02:08:31       Cavalry,    PO BOX 520,
                 Valhalla, NY 10595-0520
14248854       +EDI: CAUT.COM Mar 02 2017 01:38:00      Chase Auto Finance,    National Bankruptcy Dept,
                 201 N Central Ave Ms Az1-1191,    Phoenix, AZ 85004-1071
14248856       +E-mail/Text: nherbert@cityofelcentro.org Mar 02 2017 02:08:34       City of El Centro,
                 1275 Main St,    El Centro, CA 92243-2816
14248857       +EDI: CONVERGENT.COM Mar 02 2017 01:38:00       Convergent Outsourcing,    800 SW 39th St.,
                 Renton, WA 98057-4975
14248859       +EDI: CCS.COM Mar 02 2017 01:38:00      Credit Collection Services,    Two Wells Avenue,
                 Newton Center, MA 02459-3246
14248861        EDI: DCI.COM Mar 02 2017 01:38:00      Diversifed Consultants, Inc.,    PO BOX 551268,
                 Jacksonville, FL 32255-1268
14248866       +EDI: RMSC.COM Mar 02 2017 01:38:00      GE MoneybanK,    PO BOX 530914,    Atlanta, GA 30353-0914
14248867        EDI: IRS.COM Mar 02 2017 01:38:00      Internal Revenue Service,    Centralized Insolvency,
                 Post Office Box 7346,    Philadelphia, PA 19101-7346
```

```
District/off: 0974-3          User: Admin.                 Page 2 of 2                  Date Rcvd: Mar 01, 2017
                              Form ID: 309A                Total Noticed: 50

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14248875       +E-mail/Text: BankruptcyMail@questdiagnostics.com Mar 02 2017 02:08:59      Quest Diagnostics,
                 3 Giralda Farms,    Madison, NJ 07940-1027
14248876       +E-mail/Text: bankruptcy@rabobank.com Mar 02 2017 02:08:21      Rabobank Na,   Po Box 6002,
                 Arroyo Grande, CA 93421-6002
14248877       +E-mail/Text: bkdepartment@rtresolutions.com Mar 02 2017 02:08:23      Real Time Resolutions,
                 Attn: Bankruptcy,    Po Box 36655,    Dallas, TX 75235-1655
14248879       +E-mail/PDF: clerical@simmassociates.com Mar 02 2017 02:00:02      Simm Associates, Inc.,
                 800 Pencader Dr.,    Newark, DE 19702-3354
14248880        EDI: SWCR.COM Mar 02 2017 01:38:00      Southwest Credit,    4120 International Pkwy,
                 Suite 1100,    Carrollton, TX 75007-1958
                                                                                               TOTAL: 27

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            United States Trustee,    Office of the U.S. Trustee,    402 West Broadway, Ste. 600,
                 San Diego, CA  92101-8511
                                                                                        TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 28, 2017 at the address(es) listed below:
              James L. Kennedy     jim@jlkennedy.com,    jlk@trustesolutions.net
              Michael    Salorio    on behalf of Joint Debtor Hilda  Rodriguez legal.mas@gmail.com,
               legal.mas.bk@gmail.com
              Michael    Salorio    on behalf of Debtor Armando  Rodriguez legal.mas@gmail.com,
               legal.mas.bk@gmail.com
              United States Trustee    ustp.region15@usdoj.gov
                                                                                             TOTAL: 4
```