CSD 1489 [12/01/15]
Name, Address, Telephone No. & I.D. No.

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

Debtor,

Bankruptcy No.

**MOTION TO REOPEN CASE**

The ☐ Trustee ☐ Debtor ☐ Party in interest, _____,

hereby moves for the entry of an order reopening the above-referenced case pursuant to Fed. R. Bankr. P. 5010

☐ To file the Financial Management Certificate and Official Form 423

☐ To file a Certificate of Eligibility for Discharge (Spousal Support Certification – CSD 2120, 2121, 2122)

☐ To file an Amendment (CSD 1100) and Notice to Creditor (CSD 1101), if required

☐ To file a Motion to Avoid Lien(s)

☐ To file an Adversary Proceeding, except for the following:

- §523 adversary proceeding to determine dischargeability of debt
- File an adversary proceeding or motion to remedy an alleged violation of the discharge

☐ To file a Motion to Vacate Dismissal

☐ For other purpose as stated below (specify):

Declarations as required by LBR 9013-7(a)(1) accompany this motion.

DATED:

_____
[Attorney for] Moving Party

**Reminder: The below actions do not require the reopening of the Bankruptcy case.**
- Motion to Redact/Restrict Public Access.
- Motion for Release of unclaimed funds.
- Motions for reconsideration of judicial rulings.
- Any effort to enforce a judgment in an adversary proceeding (e.g., Writs of Execution, Judgment Debtor Examinations, etc.).

CSD 1489