CSD 1489 [12/01/15]
Name, Address, Telephone No. & I.D. No.

John F. Lenderman      82269
1401 LaBrucherie Rd., Suite 15
El Centro, CA 92243
760-960-0177
lendermanlaw@gmail.com

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

Armando Rodriguez and Hilda Rodriguez

Debtor,

Bankruptcy No. 17-01116

## MOTION TO REOPEN CASE

The ☐ Trustee ☐ Debtor ☑ Party in interest, Armando and Hilda Rodriguez

hereby moves for the entry of an order reopening the above-referenced case pursuant to Fed. R. Bankr. P. 5010

- ☐ To file the Financial Management Certificate and Official Form 423
- ☐ To file a Certificate of Eligibility for Discharge (Spousal Support Certification – CSD 2120, 2121, 2122)
- ☐ To file an Amendment (CSD 1100) and Notice to Creditor (CSD 1101), if required
- ☑ To file a Motion to Avoid Lien(s)
- ☐ To file an Adversary Proceeding, except for the following:
    - §523 adversary proceeding to determine dischargeability of debt
    - File an adversary proceeding or motion to remedy an alleged violation of the discharge
- ☐ To file a Motion to Vacate Dismissal
- ☐ For other purpose as stated below (specify):

Declarations as required by LBR 9013-7(a)(1) accompany this motion.

DATED: 03/04/2021

/s/ John F. Lenderman
[Attorney for] Moving Party

---

**Reminder: The below actions do not require the reopening of the Bankruptcy case.**
- Motion to Redact/Restrict Public Access.
- Motion for Release of unclaimed funds.
- Motions for reconsideration of judicial rulings.
- Any effort to enforce a judgment in an adversary proceeding (e.g., Writs of Execution, Judgment Debtor Examinations, etc.).

---

CSD 1489