CSD 1489 [12/01/15]
Name, Address, Telephone No. & I.D. No.

John F. Lenderman             82269
1401 La Brucherie Rd., Ste 15
El Centro, Ca 92243
760-960-0711

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

Armando Rodriguez and Hilda Rodriguez

Debtor,

Bankruptcy No. 17-01116

## MOTION TO REOPEN CASE

The ☐ Trustee ☑ Debtor ☐ Party in interest, _____,

hereby moves for the entry of an order reopening the above-referenced case pursuant to Fed. R. Bankr. P. 5010

- ☐ To file the Financial Management Certificate and Official Form 423
- ☐ To file a Certificate of Eligibility for Discharge (Spousal Support Certification – CSD 2120, 2121, 2122)
- ☐ To file an Amendment (CSD 1100) and Notice to Creditor (CSD 1101), if required
- ☑ To file a Motion to Avoid Lien(s)
- ☐ To file an Adversary Proceeding, except for the following:
    - §523 adversary proceeding to determine dischargeability of debt
    - File an adversary proceeding or motion to remedy an alleged violation of the discharge
- ☐ To file a Motion to Vacate Dismissal
- ☐ For other purpose as stated below (specify):

Declarations as required by LBR 9013-7(a)(1) accompany this motion.

DATED: 04/22/2022

_____
[Attorney for] Moving Party

**Reminder: The below actions do not require the reopening of the Bankruptcy case.**
- Motion to Redact/Restrict Public Access.
- Motion for Release of unclaimed funds.
- Motions for reconsideration of judicial rulings.
- Any effort to enforce a judgment in an adversary proceeding (e.g., Writs of Execution, Judgment Debtor Examinations, etc.).

CSD 1489

John F. Lenderman, Esq. (82269)
1401 LaBrucherie Rd., Suite 15
El Centro, CA 92243
Phone 760-960-0177
lendermanlaw@gmail.com
Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

IN RE:

ARMANDO RODRIGUEZ AND HILDA RODRIGUEZ,

DEBTORS,

Case No.: 17-01116

DEBTORS' JOINT DECALRATION IN SUPPORT OF MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522 (REAL PROPERTY)

We, the DEBTORS, ARMANDO RODRIGUEZ and HILDA RODRIGUEZ, make the following joint declaration in support of our Motion To Avoid Lien Under 11 U.S.C. § 522 (f)(2)(a) (REAL PROPERTY):

1. We filed a Chapter 7 Voluntary Petition on 02/28/2017. We appeared at our 341(a) Meeting of Creditors In person with Chapter 7 Trustee James L. Kennedy on 04/07/2017.

2. We own real property, a single-family home located at 866 Danenburg Drive, El Centro, Ca 92243. We listed our home with a value of $270,00.00 in our filed Schedule A- Real Property.

3. We elected to use the homestead exemption under CA Code of Civil Procedure§704.730 and we claimed our home as exempt in the amount of $82,369.00 in our filed Schedule C - The Property You Claim As Exempt.

4. GCFS, Inc., a California corporation, recorded an Abstract Of Judgment ("Abstract") with the County of Imperial, Clerk-Recorder's Office, with Instrument No. 2013-12692, on 06/11/2013. In addition Capital

DEBTORS' JOINT DECLARATION IN SUPPORT OF MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522 (REAL PROPERTY) - 1

One Bank (USA) N.A., recorded an Abstract Of Judgment ("Abstract") with the County of Imperial, Clerk-Recorder's Office, with Instrument No. 2014-16869, on 11/29/2011. The underlying judgement supporting the recorded Abstract was obtained against JOINT DEBTOR, HILDA RODRIGUEZ.

5. At the time that we filed their Ch. 7 bankruptcy petition, our home was encumbered by the following liens:
    a. Real Time Resolutions (First Mortgage) = $164,706.00
    b. Real Time Resolutions (Second Mortgage)=$22,925.00
    c. GCFS Inc,(Judgement Lien)=$12,039.00
    d. Capital One(Judgement Lien)=$12,244.00

6. We request that the Court to issue an order avoiding GCFS, Inc., lien created by the Abstract Of Judgement that was recorded with the County of Imperial, Clerk-Recorders Office with Instrument No. 2013-12692, on 03/04/2013. We also request that the Court to issue an order avoiding Capital One lien created by the Abstract Of Judgement that was recorded with the County of Imperial, Clerk-Recorders Office with Instrument No.2014-16869.

7. We request that the Court grant such other and further relief as the Court may deem to be just and proper to protect our right to a fresh start, including but not limited to, allowing us to file amendments to switch our exemption election to the C.C.P. § 704 exemption scheme, and to file an amended motion.

VERIFICATION

I, Hilda Rodriguez, the Debtor, make the foregoing declaration under penalty of perjury of the laws of the United States of America.

Dated this 26th day of April, 2022

_____
HILDA RODRIGUEZ

DEBTORS' JOINT DECLARATION IN SUPPORT OF MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522 (REAL PROPERTY) - 2

1
2
3
4
5
6
7
8
## VERIFICATION

9  We, Armando Rodriguez and Hilda Rodriguez, the Debtors, make the foregoing
10 declaration under the penalty of perjury of the laws of the United States of America.
11
12
13
  Dated this
14
15
16           _____
17            Armando Rodriguez, Debtor
18
19
20
21
22
23
24
25

DEBTORS' JOINT DECLARATION IN SUPPORT OF MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522 (REAL PROPERTY)

3

Order No. 140-2045590-32

The beneficial interest under said Deed of Trust was assigned
To:
    The Bank of New York Mellon FKA The Bank of New York as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2007-18CB Mortgage Pass-Through Certificates, Series 2007-18CB
By Assignment Recorded:
    1/24/2012, as Instrument No. 2012-1501, Official Records.

9

A Deed of Trust to secure the indebtedness of
Amount: $43,000.00
Trustor: Hilda Rodriguez, a married woman, as her sole and separate property
Trustee: Recontrust Company, N.A.
Beneficiary: Countrywide Home Loans, Inc. dba America's Wholesale Lender, Serviced by Mortgage Electronic Registration Systems, Inc. (MERS)
Dated: 5/23/2007
Recorded: 6/7/2007 as Instrument No. 2007-23191 of Official Records

If the above deed of trust is an Equity Line/Line of Credit, prior to close we will require the following:

(a) Evidence that the line of credit has been frozen and no advances have been made after the issuance of the demand for payoff; and.

(b) any remaining checks, passbooks, or credit cards issued in conjunction with the line of credit be surrendered

The above Deed of Trust is reflected as an equity line loan. Prior to final payoff we will require a written statement (enclosed), with original signatures, from the borrower/owner and beneficiary, stating the account has been frozen and the maker of the loan has requested the line of credit to be closed; or a full reconveyance must be submitted for recording concurrent with payoff.

The beneficial interest under said Deed of Trust was assigned
To: Bank of America, N.A.
By Assignment Recorded: 4/4/2017, as Instrument No. 2017-7782, Official Records.

An Abstract of Judgment
Recorded: 6/11/2013 as Instrument No. 2013-12692 Official Records
Entered: 3/4/2013
Case no: 00022524
Court: Superior Court of California, County of Imperial
Judicial District: El Centro Department
Amount: $12,059.33 plus interest and costs
In favor of: GCFS, Inc., a California Corporation
Against: Hilda Rodriguez

Attorney for judgment creditor or mailing address:
Name: Brighton Hushing-Kline 257399; Gary A. Bemis, 92508
    Legal Department of GCFS, Inc.
Address: 4301 Secondwind Way Ste 110
    PO Box 3410
    Paso Robles, CA 93446

Order No. 140-2045590-32

11  An Abstract of Judgment
    Recorded:           8/20/2014 as Instrument No. 2014-16869 Official Records
    Entered:            11/29/2013
    Case no.:           ECU9351
    Court:
    Judicial District:  Superior Court of California, County of Imperial
                        Main Courthouse
    Amount:             $1,224.78 plus interest and costs
    In favor of:        Capital One Bank (USA) N.A.
    Against:            Hilda Rodriguez

    Attorney for judgment creditor or mailing address:
    Name:               Legal Recovery Law Offices, Inc.
    Address:            Andrew P. Rundquist Bar #262523
                        5030 Camino De La Siesta #340
                        San Diego, CA 92108

12  The title search has disclosed possible liens and judgments that cannot be eliminated until we receive a completed Statement of Information from Hilda Rodriguez. THIS TRANSACTION WILL NOT BE ABLE TO CLOSE UNTIL WE HAVE RESOLVED THESE MATTERS. YOUR PROMPT ATTENTION IS APPRECIATED.

**End of Schedule B**

Page 5