NTF
Rev. 02/22

**United States Bankruptcy Court**
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 8:30am – 4:30pm Monday–Friday

**Armando Rodriguez**
 866 Danenberg Dr.
El Centro, CA 92243
xxx–xx–8107
*No Known Aliases*

Case number:  17–01116–CL7
Chapter:  7
Judge  Christopher B. Latham

**Hilda Rodriguez**
 866 Danenberg Dr.
El Centro, CA 92243
xxx–xx–2687
*Joint Debtor Aliases:*  Hilda L. Rodriguez

## Notice To Filer Of Errors And/Or Deficiencies in Documents

Document Number **25**    filed on: **9/29/22**
Title of Document: **Motion filed by John F. Lenderman**

Pursuant to the Federal Rules of Bankruptcy Procedures, Local Bankruptcy Rules and Administrative Procedures 1.12 Correcting Filing or Docket Errors, the following errors or deficiencies have been found with your filed document:

Document is not signed, all electronically filed documents must include a signature of /s/ Jane Doe. The Filer is Directed to Refile or File an Amended Document.
Document filed does not substantively conform to the official OR local forms. (ie Coversheet Missing CSD 1099, CSD 1100, 423, B1040). The Filer is Directed to Refile or File an Amended Document.

☐ Amendment (CSD 1100)     ☐ Balance of Schedules (CSD 1099)     ☐ Notice to Creditors (CSD 1101)

 Visit the Court website CM/ECF Resources online page containing the most current step−by−step CM/ECF manual, court forms and training video. If you have questions, please contact the Case Administrator assigned to your case
https://www.casb.uscourts.gov/court_phone_list.

**ACTION TAKEN BY COURT**
☐ Atty/Debtor/Movant contacted on                          via  ☐ Tel/Voice Mail      ☐ Email  ☐ Mail or Other

**OTHER:**  **Please complete and submit Notice of Motion form.**

Dated: 9/30/22

Michael Williams
Clerk of the Bankruptcy Court