John F. Lenderman, Esq. (82269)
1401 S La Brucherie Rd Ste 15
El Centro, CA 92243
760-960-0177
lendermanlaw@gmail.com
Attorney for Debtors/Movants

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

IN RE:

Armando Rodriguez and Hilda Rodriguez, Debtors/Movants.

Case No.: 17-01116-CL7

JOINT DECLARATION OF DEBTORS IN SUPPORT OF AMENDED MOTION TO REOPEN CASE

We, Armando Rodriguez ("Debtor 1") and Hilda Rodriguez ("Debtor 2"), the Debtors in the above-referenced case, jointly declare the following:

1. We are adults over the age of eighteen and competent to make this declaration. The facts and matters stated herein are true and based on our knowledge and belief, and if called as witnesses, we would testify thereto as follows.
2. A Chapter 7 Voluntary Petition with Case No. 17-01116-CL7 was filed on our behalf by our attorney, John F. Lenderman, on 02/28/2017. We received our discharge orders on 06/07/2017, and our case was closed on 06/12/2017.
3. At the time of filing, there were two Abstracts of Judgment recorded against Debtor 2.
4. We did not have the sufficient funds during the pendency of our bankruptcy case to pay additional attorney's fees for Motions To Avoid Lien.
5. We were unable to close escrow on a home sale last year because of the judgment liens created by the Abstracts of Judgment.

JOINT DECLARATION OF DEBTORS IN SUPPORT OF AMENDED MOTION TO REOPEN CASE - 1

6. We need our case to be reopened so that we may pursue Motions To Avoid Liens so that we can sell our home.

7. Therefore, we respectfully ask the Court to approve our Motion to Reopen Case.

We, Debtor 1 and Debtor 2, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  05/03/2023

_____
Armando Rodriguez, Debtor 1

_____
Hilda Rodriguez, Debtor 2