CSD 1490 [07/01/18]
Name, Address, Telephone No. & I.D. No.

John F. Lenderman, Esq. (82269)
1401 S La Brucherie Rd Ste 15
El Centro, CA 92243
760-960-0177
lendermanlaw@gmail.com

Order Entered on
June 1, 2023
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
Armando Rodriguez and Hilda Rodriguez

Debtor

Bankruptcy No. 17-01116-CL7

Date of Hearing: N/A
Time of Hearing: N/A
Name of Judge: Christopher B. Latham

**COURT MODIFIED**
**ORDER REOPENING CASE**

The court orders as set forth on the continuation pages attached and numbered __2__ through __2__ with exhibits, if any, for a total of __2__ pages. Motion Docket Entry No. __29__.

//
//
//
//
//
//

DATED: June 1, 2023

Judge, United States Bankruptcy Court

CSD 1490

CSD 1490 [07/01/18] (Page 2)
ORDER REOPENING CASE
DEBTOR: Armando Rodriguez and Hilda Rodriguez                             CASE NO: 17-01116-CL7

Upon the Amended Motion of   Armando Rodriguez and Hilda Rodriguez                                    (cbl)

**It is ordered** that the case of the above-named debtor be, and it is hereby reopened pursuant to FRBP 5010

- ☐ To file the Financial Management Certificate and Official Form 423
- ☐ To file a Certificate of Eligibility for Discharge (Spousal Support Certification - CSD 2120, 2121, 2122)
- ☐ To file an Amendment (CSD 1100) and Notice to Creditor (CSD 1101), if required
- ☑ To file a Motion to Avoid Lien(s)
- ☐ To file an Adversary Proceeding
- ☐ To file a Motion to Vacate Dismissal
- ☐ For other purpose as stated below *(specify):*

and for such other action as may be deemed necessary.

**It is further ordered that** the action as authorized be completed within 30 days of the entry of this order.

CSD 1490

Signed by Judge Christopher B. Latham June 1, 2023