CSD 1490 [07/01/18]
Name, Address, Telephone No. & I.D. No.

John F. Lenderman, Esq. (82269)
1401 S La Brucherie Rd Ste 15
El Centro, CA 92243
760-960-0177
lendermanlaw@gmail.com

Order Entered on
June 1, 2023
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

Armando Rodriguez and Hilda Rodriguez

Debtor

Bankruptcy No. 17-01116-CL7

Date of Hearing: N/A
Time of Hearing: N/A
Name of Judge: Christopher B. Latham

**COURT MODIFIED**
**ORDER REOPENING CASE**

The court orders as set forth on the continuation pages attached and numbered __2__ through __2__ with exhibits, if any, for a total of __2__ pages. Motion Docket Entry No. __29__ .

//
//
//
//
//
//

DATED: June 1, 2023

_____
Judge, United States Bankruptcy Court

CSD 1490

CSD 1490 [07/01/18] (Page 2)
ORDER REOPENING CASE
DEBTOR: Armando Rodriguez and Hilda Rodriguez                                CASE NO: 17-01116-CL7

Upon the Amended Motion of   Armando Rodriguez and Hilda Rodriguez                               (cbl)

**It is ordered** that the case of the above-named debtor be, and it is hereby reopened pursuant to FRBP 5010

- ☐ To file the Financial Management Certificate and Official Form 423
- ☐ To file a Certificate of Eligibility for Discharge (Spousal Support Certification - CSD 2120, 2121, 2122)
- ☐ To file an Amendment (CSD 1100) and Notice to Creditor (CSD 1101), if required
- ☑ To file a Motion to Avoid Lien(s)
- ☐ To file an Adversary Proceeding
- ☐ To file a Motion to Vacate Dismissal
- ☐ For other purpose as stated below *(specify):*

and for such other action as may be deemed necessary.

**It is further ordered that** the action as authorized be completed within 30 days of the entry of this order.

CSD 1490

Signed by Judge Christopher B. Latham June 1, 2023

United States Bankruptcy Court
Southern District of California

| | |
|---|---|
| In re: | Case No. 17-01116-CL |
| Armando Rodriguez | Chapter 7 |
| Hilda Rodriguez | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0974-3 | User: Admin. | Page 1 of 2 |
| Date Rcvd: Jun 01, 2023 | Form ID: pdfO1 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Armando Rodriguez, Hilda Rodriguez, 866 Danenberg Dr., El Centro, CA 92243-8500 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 03, 2023              Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| James L. Kennedy | jim@jlkennedy.com  jlk@trustesolutions.net |
| John F. Lenderman | on behalf of Joint Debtor Hilda Rodriguez lendermanlaw@gmail.com |
| John F. Lenderman | on behalf of Debtor Armando Rodriguez lendermanlaw@gmail.com |
| Michael Salorio | on behalf of Joint Debtor Hilda Rodriguez legal.mas@gmail.com  legal.mas.bk@gmail.com;saloriomr67064@notify.bestcase.com |
| Michael Salorio | on behalf of Debtor Armando Rodriguez legal.mas@gmail.com  legal.mas.bk@gmail.com;saloriomr67064@notify.bestcase.com |
| United States Trustee | ustp.region15@usdoj.gov |

District/off: 0974-3 User: Admin. Page 2 of 2
Date Rcvd: Jun 01, 2023 Form ID: pdfO1 Total Noticed: 1
TOTAL: 6