CSD 1100 [05/01/23] Page **1**

Name, Address, Telephone No. & I.D. No.

John F. Lenderman, Esq. (82269)
1401 S La Brucherie Rd Ste 15
El Centro, CA 92243
760-960-0177
lendermanlaw@gmail.com

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re  Armando Rodriguez and Hilda Rodriguez

Debtor(s)

Bankruptcy No. 17-01116-CL7

## AMENDMENT

Presented are the following original documents [Check one or more boxes as appropriate]:

- ☐ Voluntary Petition
- ☐ Attachment to Chapter 11 Voluntary Petition for Non-Individuals
- ☐ Summary of Your Assets and Liabilities and Certain Statistical Information (Form 106Sum & 206Sum)
- ☐ Schedule A/B: Property (Form 106A/B & 206A/B)
- ☐ Schedule C: The Property You Claim as Exempt (Form 106C)
- ☐ Schedule D-F: Creditors Who Have Claims Secured by Property (Form 106D & 206D), Creditors Who Have Unsecured Claims (Form 106E/F & 206E/F) and/or Matrix, and/or list of Creditors or Equity Holders - REQUIRES COMPLIANCE WITH LOCAL RULE 1009
    - ☐ Adding or deleting creditors (electronic media), changing amounts owed or classification of debt - $32.00 fee required. See instructions on reverse side.
    - ☐ Correcting or deleting other information. See instructions on reverse side.
- ☐ Schedule G: Executory Contracts & Expired Leases (Form 106G & 206G)
- ☐ Schedule H: Your Co-Debtor (Form 106H)
- ☐ Schedule I: Your Income (Form 106I)
- ☐ Schedule J: Your Expenses (Form 106J)
- ☐ Schedule J-2: Expenses for Separate Household of Debtor 2 (Form106J-2)
- ☐ Statement of Financial Affairs for Individuals Filing for Bankruptcy (Form 107 & 207)
- ☐ Chapter 7 Statement of Your Current Monthly Income (Form 122A-1)
- ☐ Chapter 7 Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Form 122A-1Supp)
- ☐ Chapter 7 Means Test Calculation (Form 122A-2)
- ☐ Chapter 11 Statement of Your Current Monthly Income (Form 122B)
- ☐ Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period (Form 122C-1)
- ☐ Chapter 13 Calculation of Your Disposable Income (Form 122C-2)
- ☒ Other: MOTION TO AVOID LIENS UNDER 11 U.S.C. § 522 (REAL PROPERTY)

Dated: 06/21/2023                Signature _____
                                                        Attorney for Debtor

CSD 1100 [05/01/23] Page **2**

# DECLARATION OF DEBTOR

I [We] Armando Rodriguez and Hilda Rodriguez, the debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment attached hereto, consisting of __12__ pages, and on the creditor matrix electronic media, if any, is true and correct to the best of my [our] information and belief.

Dated: 06/21/2023

_____   _____
*Debtor                                                         *Joint Debtor

*If filed electronically, pursuant to LBR 5005-4(C), the original debtor signature(s) in a scanned format is required.

## INSTRUCTIONS

A. Each amended page is to be in the same form as the original but is to contain **only the information to be changed or added**. Pages from the original document which are not affected by the change are <u>not</u> to be attached.
  1. Before each entry, specify the purpose of the amendment by inserting:
     a. "ADDED," if the information was missing from the previous document filed; or
     b. "CORRECTED," if the information modifies previously listed information; or
     c. "DELETED," if previously listed information is to be removed.
  2. At the bottom of each page, insert the word "AMENDED."
  3. Attach all pages to the cover page and, *if a Chapter 7, 11, or 12 case*, serve a copy on the United States Trustee, trustee (if any) and/or the members of a creditors' committee. *If a Chapter 13 case*, serve a copy on the trustee; <u>DO NOT</u> serve a copy on the United States Trustee.

B. Comply with Local Bankruptcy Rule 1009 when adding or correcting the names and/or addresses of creditors (electronic media required when Amendment submitted on paper) or if altering the status or amount of a claim.

Amendments that fail to follow these instructions may be refused.
**Amendments filed <u>after</u> the case is closed are not entitled to a refund of fees**

## PROOF OF SERVICE

I, whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

I served a true copy of this **Amendment** on the following persons listed below via the following method(s):

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF"):**

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On __06/30/2023__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

☒ Chapter 7 Trustee: James L. Kennedy, jim@jlkennedy.com

☒ For Chpt. 7, 11, & 12 cases:
UNITED STATES TRUSTEE
ustp.region15@usdoj.gov

☐ For Chapter 13 cases assigned to:
THOMAS H. BILLINGSLEA, JR., TRUSTEE
Billingslea@thb.coxatwork.com

☐ For Chapter 13 cases assigned to:
MICHAEL KOCH, TRUSTEE
mkoch@ch13.sdcoxmail.com

CSD 1100 [05/01/23] Page **3**

2. **Served by United States Mail**:

On 06/30/2023 , I served the following person(s) and/or entity(ies) at the last known in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

Via First-Class Mail
Legal Recovery Law Office Inc, Attn: Andrew Rundquist, 5030 Camino de la Siesta Ste 340, San Diego, CA 92108
GCFS Inc., Attn: Nancy Edrington, Esq, 4301 Secondwind Way, Paso Robles, CA 93446
Via Certified Mail
Capital One Bank (USA) N.A., Attn: Richard Fairbank CEO, 1680 Capital One Drive, McLean, VA 22102

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery, and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on  06/30/2023
(Date)

Michael A. Salorio
(Typed Name and Signature)
PO Box 92
(Address)
Holtville CA 92250
(City, State, ZIP Code)

John F. Lenderman (82269)
1401 S La Brucherie Rd Unit 15
El Centro, CA 92244
760-960-0177
lendermanlaw@gmail.com

Attorney for Debtorss

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| IN RE:<br><br>ARMANDO RODRIGUEZ AND HILDA RODRIGUEZ,<br><br>    DEBTORS, | Case No.: 17-01116-CL7<br><br>MOTION TO AVOID LIENS UNDER 11 U.S.C. § 522 (REAL PROPERTY)<br><br>HEARING DATE: N/A<br>TIME:  N/A<br>JUDGE: CHRISTOPHER B. LATHAM<br>LOCATION: DEPT. 5, ROOM 318, JACOB WEINBERGER UNITED STATES COURTHOUSE, 325 W. F STREET, SAN DIEGO, CA 92101 |
|---|---|

Armando Rodriguez ("Debtor 1") and Hilda Rodriguez ("Debtor 2") (collectively "Debtors"), move this court for an order avoid two liens on real estate under 11 USC § 522(f)(2)(a) on the grounds set forth below:

1. Debtors filed a Chapter 7 Voluntary Petition (Doc. No. 1) on 02/28/2017.
2. Debtors appeared at their 341(a) Meeting of Creditors before Ch. 7 Trustee James Kennedy on 04/07/2017.
3. A Chapter 7 Trustee's Report of No Distribution was filed by Trustee Kennedy on 04/07/2017 (Doc. 10).

MOTION TO AVOID LIENS UNDER 11 U.S.C. § 522 (REAL PROPERTY) - 1

4. Debtors received their Discharge Order on 06/07/2017 (Doc. 13), and their case was ordered closed on 06/12/2017 (Doc. 17).

5. Debtors own real property, a single-family home, located at 866 Danenburg Dr., El Centro, CA 92243. Debtors' home was listed with a value of $270,000.00 in their filed Schedule A/B: Property.

6. Debtors listed the first mortgage held by Real Time Resolutions with a claim amount of $164,706.00 in their filed Sch. D: Creditors Who Have Claims Secured By Property.

7. Debtors also listed the second mortgage held by Real Time Resolutions with a claim amount of $22,925.00 in their filed Sch. D: Creditors Who Have Claims Secured By Property.

8. Pursuant to the CA Code of Civil Procedure § 704.730, Debtors claimed such real property as exempt in the amount of $82,369.00 in their filed Schedule C—The Property You Claim As Exempt. However, <u>if there were no liens on the property</u>, then Debtors would have been entitled to the entire $100,000.00 exemption allowed under C.C.P § 704.730.

9. Legal Department of GCFS, Inc., attorneys for judgment creditor GCFS, Inc. ("GCFS"), recorded an Abstract of Judgment against Debtor 1 in the amount of $12,039.33 with the County of Imperial, Clerk-Recorder's Office, with Document No. 2013012692, on 06/11/2013 (*see* Exhibit A – Notice of Abstract (recorded 06/11/2013).

10. Legal Recovery Law Office, Inc., attorneys for judgment creditor Capital One Bank (USA) N.A. ("Capital One"), recorded an Abstract of Judgment against Debtor 2 in the amount of $12,244.18 with the County of Imperial, Clerk-Recorder's Office, with Document No. 2014016869, on 08/26/2014. 2013 (*see* Exhibit B – Notice of Abstract (recorded 08/26/2014).

11. Under California Code of Civil Procedure § 697.310(a), "... a judgment lien on real property is created under this section by recording an abstract of a money judgment with the county recorder."

MOTION TO AVOID LIENS UNDER 11 U.S.C. § 522 (REAL PROPERTY) - 2

12. At the time that DEBTORS filed their Ch. 7 bankruptcy petition their real property was encumbered by the following liens:
    a. Real Time Resolutions (First Mortgage) = $164,706.00
    b. Real Time Resolutions (Second Mortgage) = $22,925.00
    c. GCFS, Inc. (Judgment Lien) = $12,039.33
    d. Legal Recovery Law Office, Inc. (Judgment Lien) = $12,244.18

13. The formula for determining if a Judgment Lien is avoidable is found under 11 USC § 522(f)(2)(a), which reads:

    "(2)(a) For the purposes of this subsection, a lien shall be considered to impair an exemption to the extent that the sum of

    (i) the lien;

    (ii) all other liens on the property; and

    (iii) the amounts of the exemption that the Debtors **could claim if there were no liens on the property (emphasis added)**;

    exceeds the value that the Debtors's interest in the property would have in the absence of any liens."

14. Based on the facts of this case, the 522(f)(2)(a) analysis is as follows:
    a. Under (2)(a)(i) – total judgment liens are $24,283.51
    b. Under (2)(a)(ii) – all other liens on the property are $187,631
    c. Under (2)(a)(iii) – the exemption amount that DEBTORS could claim absent any other liens on the property is $100,000.00
    d. The sum of items (2)(a)(i)-(iii) is $311,914.51
    e. Debtors' interest in the real property absent any liens per Schedule A is $270,000.00
    f. The resulting impairment on Debtors' exemption is $41,914.51
    g. As the impairment (i.e., $41,914.51) is greater than the total Judgment Liens (i.e., $24,283.51), the liens are entirely avoided.

MOTION TO AVOID LIENS UNDER 11 U.S.C. § 522 (REAL PROPERTY) - 3

15. WHEREFORE, Debtors request that the Court issue an order entirely avoiding the judgment line of GCFS, Inc., a California corporation, recorded in the Abstract of Judgment in the amount of $12,039.33 at the County of Imperial, Clerk-Recorder's Office, with Document No. 2013012692, on 06/11/2013.

16. Additionally, Debtors request that the Court issue an order entirely avoiding the judgment lien of Capital One Bank (USA) N.A. in the amount of $12,244.18 with the County of Imperial, Clerk-Recorder's Office, with Document No. 2014016869, on 08/26/2014.

17. And other and further relief as the Court may deem to be just and proper to protect Movants' right to a fresh start.

Dated this 21st day of June, 2023.

/s/ John F. Lenderman
Attorney for Debtors

MOTION TO AVOID LIENS UNDER 11 U.S.C. § 522 (REAL PROPERTY) - 4

```
John F. Lenderman, Esq. (82269)
1401 S La Brucherie Rd Ste 15
El Centro, CA 92243
760-960-0177
lendermanlaw@gmail.com
Attorney for Debtors/Movants
```

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>ARMANDO RODRIGUEZ AND HILDA RODRIGUEZ,<br><br>     DEBTORS/MOVANTS. | Case No.: 17-01116-CL7<br><br>JOINT DECLARATION IN SUPPORT OF MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522 (REAL PROPERTY) |

 We, Armando Rodriguez ("Debtor 1") and Hilda Rodrguez ("Debtor 2"), the Debtors in the above-referenecsed case, jointly declare the following:

1. We are adults over the age of eighteen and competent to make this declaration. The facts and matters stated herein are true and based on our knowledge and belief, and if called as witnesses, we would testify thereto as follows.
2. A Chapter 7 Voluntary Petition with Case No. 17-01116-CL7 was filed on our behalf by our attorney, John F. Lenderman, on 02/28/2017. We received our discharge orders on 06/07/2017, and our case was closed on 06/12/2017.
3. At the time of filing, there were two Abstracts of Judgment recorded against Debtor 2.
4. We did not have the sufficient funds during the pendency of our bankruptcy case to pay additional attorney's fees for the preparation and filing of a Motion To Avoid Liens.

JOINT DECLARATION IN SUPPORT OF MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522 (REAL PROPERTY) - 1

5. We were unable to close escrow on a home sale last year because of the judgment liens created by the Abstracts of Judgment.

6. We need our case to be reopened so that we may pursue file a Motion To Avoid Liens so that we can sell our home and move forward with our fresh start.

7. Therefore, we respectfully ask the Court to approve our Motion to Avoid Liens.

**VERIFICATION**

We, Debtor 1 and Debtor 2, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 06/21/2023

/s/ Armando Rodriguez
Armando Rodriguez, Debtor 1

/s/ Hilda Rodriguez
Hilda Rodriguez, Debtor 2

JOINT DECLARATION IN SUPPORT OF MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522 (REAL PROPERTY) - 2

# EXHIBIT A

**Notice Of Abstract**

**(Recorded 06/11/2013)**

EJ-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address, state Bar number, and telephone number): | Recorded in Official Records, IMPERIAL COUNTY | 06/11/2013 08:33 AM IsabelVargas |
|---|---|---|

Recording requested by and return to:
BRIGHTON HUSHING-KLINE 257399 ; GARY A BEMIS, 92508
LEGAL DEPARTMENT OF GCFS, INC.
4301 SECONDWIND WAY STE 110, PO BOX 3410
PASO ROBLES CA 93446
800-646-4237

CHUCK STOREY
COUNTY CLERK/RECORDER
P Public

☒ ATTORNEY FOR  ☒ JUDGMENT CREDITOR  ☐ ASSIGNEE OF RECORD

Doc#: 2013012692

*$R0000052602$*

Titles: 1   Pages: 2
Fees       20.00
Taxes       0.00
Other       0.00
PAID       20.00

SUPERIOR COURT OF CALIFORNIA, COUNTY OF IMPERIAL
STREET ADDRESS: 939 WEST MAIN ST
MAILING ADDRESS:
CITY AND ZIP CODE: EL CENTRO, CA 92243
BRANCH NAME: EL CENTRO DEPARTMENT

PLAINTIFF: GCFS, INC., a California corporation
DEFENDANT: HILDA RODRIGUEZ

CASE NUMBER: ECL22524

ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS   ☐ Amended

FOR COURT USE ONLY

1. The ☒ judgment creditor ☐ assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address

      ┌─────────────────────────────┐
      │ HILDA RODRIGUEZ             │
      │ 866 DANENBERG DRIVE         │
      │ EL CENTRO CA 92243-8500     │
      └─────────────────────────────┘

   b. Driver's license no. [last 4 digits] and state:   ☒ Unknown
   c. Social security no. [last 4 digits]: ***-**-2687   ☐ Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address): HILDA RODRIGUEZ
   866 DANENBERG DRIVE  EL CENTRO CA 92243-8500

2. ☐ Information on additional judgment debtors is shown on page 2.
3. Judgment creditor (name and address):
   GCFS, INC., a California corporation
   4301 SECONDWIND WAY STE 110
   PASO ROBLES CA 93447-3410
   Date: 05-22-13
   BRIGHTON HUSHING-KLINE
   (TYPE OR PRINT NAME)

4. ☐ Information on additional judgment creditors is shown on page 2.
5. ☐ Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

   (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed: $ 12039.33
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on (date): 03-04-13
   b. Renewal entered on (date):
9. ☐ This judgment is an installment judgment.

10. ☐ An ☐ execution lien ☐ attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of (name and address):

11. A stay of enforcement has
    a. ☒ not been ordered by the court.
    b. ☐ been ordered by the court effective until (date):
12. a. ☒ I certify that this is a true and correct abstract of the judgment entered in this action.
    b. ☐ A certified copy of the judgment is attached.

This abstract issued on (date):
MAY 29 2013

Clerk, by _M. Rodriguez_, Deputy
Kristine Kussman     M. RODRIGUEZ

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2008]

ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

Document Number: 2013012692 Page: 1 of 2

| PLAINTIFF: GCFS, INC., a California corporation | CASE NUMBER: ECL22524 |
|---|---|
| DEFENDANT: HILDA RODRIGUEZ | |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address)*:

14. Judgment creditor *(name and address)*:

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

17. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address)*:

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address)*:

18. Name and last known address

19. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address)*:

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address)*:

20. ☐ Continued on Attachment 20.

Non-Certified Copy

EJ-001 [Rev. January 1, 2008]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 2 of 2

American LegalNet, Inc.
www.FormsWorkflow.com

Document Number: 2014-0583692 Page: 2 of 2

## EXHIBIT B

**Notice Of Abstract**

**(Recorded 08/26/2014)**

LRLO 670085.001

**EJ-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address, State Bar number, and TEL NO.: telephone number):<br>Recording requested by and return to:<br>LEGAL RECOVERY LAW OFFICES, INC.<br>ANDREW P. RUNDQUIST BAR#262523<br>5030 Camino De La Siesta # 340<br>San Diego, CA 92108 | Recorded in Official Records, IMPERIAL COUNTY<br>**CHUCK STOREY**<br>COUNTY CLERK/RECORDER<br>P Public | 08/26/2014<br>03:16 PM<br>AzielRodarte |

[X] ATTORNEY FOR  [X] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD

Doc#: **2014016869**

*S R 0 0 0 0 1 1 1 9 9 2 S*

Titles: 1   Pages: 2
Fees    27.00
Taxes    0.00
Other    0.00
PAID    27.00

SUPERIOR COURT OF CALIFORNIA, COUNTY OF IMPERIAL
STREET ADDRESS: 939 WEST MAIN ST
MAILING ADDRESS:
CITY AND ZIP CODE: EL CENTRO CA 92243
BRANCH NAME: MAIN COURTHOUSE

PLAINTIFF: CAPITAL ONE BANK (USA) N.A.
DEFENDANT: HILDA RODRIGUEZ;

**ABSTRACT OF JUDGMENT—Civil AND SMALL CLAIMS**  [ ] Amended

CASE NUMBER: ECL19351

FOR COURT USE ONLY

FILE BY FAX

Non-Certified Copy

1. The [X] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      ```
      HILDA RODRIGUEZ
      866 DANENBERG DR
      EL CENTRO CA 92243-8500
      ```
   b. Driver's license no. [last 4 digits] and state: [X] Unknown
   c. Social security no. [last 4 digits]: ***-**-2687  [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address): HILDA RODRIGUEZ 866 DANENBERG DR, EL CENTRO CA 92243-8500

2. [ ] Information on additional judgment debtors is shown on page 2.
3. Judgment Creditor (name and address): CAPITAL ONE BANK (USA) N.A., 15000 CAPITAL ONE DRIVE, , RICHMOND VA 23238
4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county
   (1) Date:
   (2) Instrument No.:

Date: 6/25/14

Andrew Rundquist
(TYPE OR PRINT NAME)

(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed: $12244.18
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on (date): November 29, 2011
   b. Renewal entered on (date):
9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount $
    b. In favor of (name and address):

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until (date):

12. a. [X] I certify that the following is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

This abstract issued on (date):
**JUL 07 2014**

Kristine Kussman
Clerk, by _____, M. MORAN, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2008]

**ABSTRACT OF JUDGMENT – CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190
American LegalNet, Inc.
www.USCourtForms.com

Document Number: 2014016869 Page: 1 of 2

| PLAINTIFF: CAPITAL ONE BANK (USA) N.A. | CASE NUMBER: |
|---|---|
| DEFENDANT: HILDA RODRIGUEZ; | ECL19351 |

## NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

## INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:

16. Name and last known address

;,, CA

Driver's license no. [last 4 digits] and state: ☒ Unknown
Social security no. [last 4 digits]: ☒ Unknown
Summons was personally served at or mailed to *(address):*

17. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

18. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

19. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

20. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

21. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

22. ☐ Continued on Attachment 22.

Non-Certified Copy

EJ-001 [Rev. January 1, 2008]    **ABSTRACT OF JUDGMENT**    Page 2 of 2
Document Number: 2014016869 Page: 2 of 2